IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA BLACK EBERHARD, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DAVID A. EBERHARD, DOROTHY M. ELLIOT, DONALD R. ELLIOT, AND PEGGY GANNON, | § § § § § § § § | |
| Plaintiffs, | § § | CIVIL NO. A-03-CA-866-LY |
| vs. | § § | |
| GOLDEN AMERICAN LIFE INSURANCE CO., THE LEADERS GROUP, INC., DANNY W. BALLARD, AND PFS INVESTMENTS, INC. | § § § § § | |
| Defendants. | § § | |

**OPPOSED MOTION FOR TEMPORARY STAY
AND REQUEST FOR ORAL HEARING**

TO THE HONORABLE JUDGE YEAKEL:

Defendants, The Leaders Group, Inc., and Danny W. Ballard, file this Opposed Motion for Temporary Stay and Request for Oral Hearing.

1.  This case involves the same circumstances as *Umbrella Bank v. Jamison*, 341 B.R. 835, 842 (W.D. Tex. 2006), in which the defendants urgently sought relief from the enforcement of a judgment. In *Umbrella Bank*, this Court granted expedited relief to protect the judgment debtor and to prevent the controversy becoming moot. The defendants respectfully request expedited relief because this case involves the same circumstances and issues as those addressed by this Court in *Umbrella Bank*.

2.  The defendants urgently request relief from the plaintiffs' aggressive attempts to enforce this Court's judgment. The plaintiffs have garnished The Leaders Group, Inc.'s

("TLG's") operating accounts at Wells Fargo Bank, in an attempt to force the defendants to surrender in this litigation. To defend against these garnishments, the defendants have today filed a motion to approve a supersedeas bond in accordance with Texas law. This motion raises the same issue as *Umbrella Bank*, in which the Court interpreted Rules 62(d) and (f) to protect the interests of a judgment debtor facing similar circumstances.

3.   In an earlier effort to obtain protection from the Court, on August 1, 2006, the defendants filed a motion seeking a temporary stay under Rule 62(b). In connection with that motion, they filed a request for an oral hearing at the Court's earliest convenience. The plaintiffs have filed a response. They do not oppose an oral hearing on that motion, but while it has been pending, they have continued to attack TLG by filing new garnishment actions.

4.   So that theses issues do not become moot before this Court rules on the defendants' motions for stay and for determination of supersedeas bond, the defendants request a temporary stay of the judgment and collection efforts. The defendants respectfully request an oral hearing at the Court's earliest convenience.

**PRAYER**

The defendants request a temporary stay of the judgment, pending this Court's resolution of the post-judgment motions, their motions for stay, and for determination of a supersedeas bond. The stay requested includes post-judgment discovery issued by the plaintiffs. The defendants request such other and further relief to which they may be entitled. A proposed form of order is attached.

Respectfully Submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

_____
Jeffrey R. Parsons
State Bar No. 15547200
Jeffery T. Nobles
State Bar No. 15053050
Amparo M. Yanez
State Bar No. 24037751
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for Plaintiffs regarding this motion. This motion is opposed.

_____
Jeffery T. Nobles

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys-of-record pursuant to the Federal Rules of Civil Procedure on this 17th day of August 2006 via hand delivery.

| | |
|---|---|
| Donald R. Taylor | Douglas W. Alexander |
| Steven D. Urban | Dana Livingston Cobb |
| Karen Burgess | Alexander, Dubose, Jones & Townsend, L.L.P. |
| Frank King | |
| Taylor Dunham and Burgess, L.L.P. | 515 Congress Ave., Suite 1720 |
| 301 Congress Avenue, Suite 1050 | Austin, Texas 78701 |
| Austin, Texas 78701 | |

_____
Jeffery T. Nobles

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA BLACK EBERHARD, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DAVID A. EBERHARD, AND PEGGY GANNON,<br>    Plaintiffs,<br><br>V.<br><br>GOLDEN AMERICAN LIFE INSURANCE CO., THE LEADERS GROUP, INC., AND DANNY W. BALLARD,<br>    Defendants. | §§§§§§§§§§§§§ | CIVIL NO. A-03-CA-866-LY |

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered cause is set for hearing on Defendants, the Leaders Group, Inc., and Danny W. Ballard's Motion for Temporary Stay in Courtroom _____, on _____, August _____, 2006, at _____ ___.m.

IT IS FURTHER ORDERED that Plaintiffs' efforts to collect or enforce the Court's judgment are STAYED until the Court enters further orders.

SIGNED this _____ day of August, 2006.

_____
Hon. Lee Yeakel
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARTHA BLACK EBERHARD, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DAVID A. EBERHARD, AND PEGGY GANNON,<br>   Plaintiffs,<br><br>V.<br><br>GOLDEN AMERICAN LIFE INSURANCE CO., THE LEADERS GROUP, INC., AND DANNY W. BALLARD,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. A-03-CA-866-LY |

## ORDER GRANTING TEMPORARY STAY

This Court, upon consideration of Defendants, The Leaders Group, Inc., and Danny W. Ballard's Opposed Motion for Temporary Stay, and any responses thereto, is of opinion that Defendants' Motion should be GRANTED.

Signed this ____ day of _____, 2006.

                      _____
                      Hon. Lee Yeakel
                      United States District Judge